IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY WALKER,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant | :<br>:<br>:  CIVIL NO. 3:13-CV-0205<br>:<br>:  (JUDGE NEALON)<br>:  (MAGISTRATE JUDGE CARLSON)<br>: |

## ORDER

**NOW**, THIS 3rd DAY OF June, 2014, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 34), is **ADOPTED**;

2. The Motion to Reopen, (Doc. 31), is **DENIED**;

3. Plaintiff's Objections, (Doc. 37), are **OVERRULED**; and

4. The Clerk of Courts is directed to **CLOSE** this case.

_____
**United States District Judge**

FILED
SCRANTON
JUN 3 2014
PER _____ DEPUTY CLERK